# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CANDICE J. NOVAK,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TAKATA CORPORATION, TK HOLDINGS, Inc.; HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., Inc.; HONDA R&D CO., LTD., HONDA OF AMERICA MFG., INC., and CORPORATION DOE 1-10,<br><br>　　　　　　Defendants. | 8:19CV324<br><br>ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge Michael D. Nelson, ECF No. 8, recommending that this case be dismissed for failure of service as to all Defendants, except for Takata Corporation. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 8, are adopted in their entirety;

2. The above-captioned case is dismissed, without prejudice as to all Defendants, except for Takata Corporation; and

3. The Clerk will modify the caption accordingly.

Dated this 18th day of February 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Senior United States District Judge